Po

Patrick L. Booker
103 Rock Knoll Drive
Greenwood, S.C. ~~2960~~ 29649